UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ST. ANTHONY'S MEDICAL CENTER, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 4:09CV844 HEA |
| NATIONAL SERVICE INDUSTRIES, INC., d/b/a NATIONAL LINEN SERVICE, | ) ) ) ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

On March 16, 2011, the Court issued a Order [Doc. No. 80] granting former counsel for defendant National Service Industries ("Defendant") permission to withdraw as counsel.[1] The Court allowed Defendant fourteen (14) days to secure new counsel and have said counsel enter their appearance in this matter [Doc. No. 80]. Under established federal law, a Defendant corporation must be represented by licensed counsel. 28 U.S.C. § 1654; *Carr Enterprises, Inc. v. United States,* 698

---

[1] Attorneys Burton D. Garland, James M. Paul and Erin E. Williams of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. were granted permission to withdraw.

F.2d 952, 953 (8th Cir. 1983) ("It is settled law that a corporation may be represented only by licensed counsel.").

Accordingly,

**IT IS HEREBY ORDERED** that Defendant National Services Industries, Inc. show cause in writing, within five (5) days of the date of this order, why the Court should not enter a default judgment against them, or secure new counsel and have counsel enter their appearance in this matter.

**IT IS FURTHER ORDERED** that Court's previous order [Doc. No. 80] giving Defendant thirty (30) days, from the date of said order, to submit reply briefs is still in effect.

Dated this 6th day of April, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE